IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EDUARDO RIVERO PROENZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-98-PT-3116-E |
| | ) | |
| ROBERT L. MATTHEWS; | ) | |
| JOE L. SIVLEY; | ) | |
| THOMAS P. FISCHER and | ) | |
| DR. LUIS BERRIOS, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
MAR 19 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 29, 2002, recommending that the defendants' motion for summary judgment be granted and that all claims in this cause be dismissed. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and plaintiff's claims that he is being treated more harshly than non-Cuban inmates and that he has been subjected to rectal searches and four-point restraints as punishment are due to be DISMISSED, WITH PREJUDICE. Additionally, plaintiff's claims that he has been denied adequate medical care for hemorrhoids and cornea problems, that he was placed in lock-down



without a hearing, that he has been denied access to the courts and that his outgoing mail has been confiscated are due to be DISMISSED, WITHOUT PREJUDICE. A Final Judgment will be entered.

DONE this the 19th day of March, 2002.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE